**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLIN HEBERT,** | )   **NO. EDCV 15-2641-PSG (KS)** |
|     **Plaintiff,** | ) |
| | ) |
|   **v.** | )   **JUDGMENT** |
| | ) |
| **SGT. MORENO, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |
| _____ | ) |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

  .

DATED:  4/29/16

              _____
                PHILIP S. GUTIERREZ
             UNITED STATES DISTRICT JUDGE